**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

CATHERINE L. WALKER,             No. C 07-03184 SBA

    Plaintiff,                             **ORDER**

v.

MICHAEL J. ASTRUE, *Commissioner of Social Security*

    Defendant.

Plaintiff has filed a Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) [Docket No. 16]. As this is a Social Security Appeal, the Court does not require that motions be noticed for hearings as a matter of course. As such, the Court sets the following briefing schedule. Defendant's opposition, if any, shall be due on or before February 10, 2009. Plaintiff's reply, if any, shall be due on or before February 17, 2009. The Court shall consider the matter submitted on the pleadings.

IT IS SO ORDERED.

January 6, 2009                                            _____
                                                                 Saundra Brown Armstrong
                                                                 United States District Judge