UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHERINE WALKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No:  C 07-3184 SBA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>Docket 16, 17 |

　　　　The Court previously reversed the Defendant's ruling concerning Plaintiff's eligibility for benefits, and remanded the action for further proceedings.  (Docket 14.)  As the prevailing party, Plaintiff has moved for an award of attorneys' fees pursuant to the Equal Access to Justice Act in the amount of $7,262.25 in attorneys' fees.  See 28 U.S.C. § 2412; Akopyan v. Barnhart, 296 F.3d 852, 854 (9th Cir. 2002).  Defendant has filed a statement of non-opposition to the motion.  Having read and considered the papers filed in connection with the motion, and in consideration of the Defendant's statement of non-opposition,

　　　　IT IS HEREBY ORDERED THAT Plaintiff's motion for attorneys' fees is GRANTED.  Plaintiff is awarded $7,262.25 in attorneys' fees.

　　　　IT IS SO ORDERED.

Dated:  May 21, 2009

*Saundra B Armstrong*
　　　　　　　　　　　　　　　Hon. Saundra Brown Armstrong
　　　　　　　　　　　　　　　United States District Judge